UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT WISWELL, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIV NO. 4:08-cv-013 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | § § § § | |
| Defendants. | § § | |

## MEMORANDUM AND ORDER

On July 18, 2008, the Court ordered Plaintiff to serve Defendants United States Marshal Service, Harris County, Texas, and Steven Reiterwithin no later than September 18, 2008, or to provide the Court with good cause explaining his failure to make such service. (Doc. No. 14 (citing FED. R. CIV. P. 4(m) (2008)). Defendant has failed to do so. Plaintiff's claims against Defendants are, therefore, **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

SIGNED this 27 day of October, 2008.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1